UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-201 (JWB/LIB)

United States of America,

Plaintiff,

STATEMENT OF FACTS IN SUPPORT
OF EXCLUSION OF TIME UNDER
SPEEDY TRIAL ACT

Stephan Jeremiah Hansen,

Defendant.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Stephan Jeremiah Hansen, the defendant in this case, agree to the following statement of facts in support of the motion to extend the pre-trial scheduling order.

I have been advised by my attorney, Thomas H. Shiah, that he is in need of additional time to adequately represent me. Specifically, I believe this continuance is necessary to allow my counsel to review all discovery and to prepare appropriate pre-trial motions. I believe it is in my best interest to extend the deadline for filing motions to at least thirty (30) days from June 16, 2023 and to continue the current motion hearing date now scheduled for July 7, 2023.

Based on the above facts, I am advising the Court that I agree to extend the motion filing date and agree that any time resulting from a necessary extension of the motion hearing date be excluded from the time in which I would otherwise have to be brought to trial on my case.

I have discussed this matter with my attorney, Thomas H. Shiah and I voluntarily make this statement, with full knowledge of my rights under the Speedy Trial Act.

Dated: _____

_____
Stephan Jeremiah Hansen
Defendant

Dated: _____

_____
Thomas H. Shiah #100365
331 Second Ave South, Ste 705
Minneapolis, Minnesota 55401
(612) 338-0066
ATTORNEY FOR DEFENDANT