# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No: 23-201 (JWB/LIB) |
| | Date: September 26, 2023 |
| Stephan Jeremiah Hansen, | Court Reporter: Tim Willette |
| | Courthouse: St. Paul |
| Defendant. | Courtroom: 3B |
| | Time Commenced: 1:31 pm |
| | Time Concluded: 2:17 pm |
| | Time in Court: 46 Minutes |

Before Jerry W. Blackwell, United States District Court Judge, at St. Paul, Minnesota.

APPEARANCES:

    For Plaintiff:    Ruth Shnider, AUSA
    For Defendant:    Tom Shiah, CJA Appointed

**PROCEEDINGS:**

X Change of Plea Hearing.

**PLEA:**

X Guilty as to Count 4 of the Indictment.
X Defendant admits allegations in the Indictment

X Presentence Investigation and Report requested.
X Defendant remains in the custody of the U.S. Marshal.

                                                                             s/MSK
                                                        Courtroom Deputy