# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Case No:  23CR201-1 (JWB/LIB) |
| v. | ) | Date:  July 23, 2024 |
| | ) | Court Reporter: Erin Drost |
| STEPHAN JEREMIAH HANSEN, | ) | Courthouse:  Duluth |
| Defendant. | ) | Courtroom:  1 |
| | ) | Time Commenced:  2:27 PM |
| | ) | Time Concluded:    3:27 PM |
| | ) | Sealed Hearing Time: |
| | ) | Time in Court:   1 Hour |

Before Judge Jerry W. Blackwell, United States District Judge, at Duluth, Minnesota.

APPEARANCES:

   For Plaintiff:   Ruth Shnider, Assistant United States Attorney
   For Defendant:   Thomas Shiah, x CJA,


   **x Sentencing.**

IT IS ORDERED:   Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 4 | X | n/a | 300 months | n/a | 15 years | n/a | n/a |

**Said terms to run ☐ concurrently   ☐ consecutively**
   x Special conditions of :   **See J&C for special conditions**
   X Defendant sentenced to pay:
        X Restitution in the amount of $. (reserved 60 days)
        X Special assessment in the amount of $100.00
        X Justice of Victims of Trafficking Act of 2015 (JVTA) of $5,000.00

   X   Plea and plea agreement accepted.
   X   Defendant remanded to the custody of the U.S. Marshal.
   X Docket nos.: 52 and 53 shall be sealed indefinitely.

                                                                          s/D. Dodd
                                                                        Courtroom Deputy